## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN  DISTRICT OF PENNSYLVANIA

IN RE: John J. McGinnis　　　　　　　　　　CHAPTER 13
　　　　Margaret M. McGinnis

　　　　　　　　　　　　　　　　　　　　　BKY. NO. 19-14860 AMC

　　　　　　　　　Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.


　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq**
　　　　　　　　　　　　　　Rebecca A Solarz, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　(215) 627-1322