Certificate Number: 03088-PAE-DE-033454466

Bankruptcy Case Number: 19-14860



03088-PAE-DE-033454466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2019, at 9:07 o'clock PM CDT, John J McGinnis completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 23, 2019                    By:    /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor