Certificate Number: 03088-PAE-DE-033454468

Bankruptcy Case Number: 19-14860



03088-PAE-DE-033454468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 23, 2019</u>, at <u>9:07</u> o'clock <u>PM CDT</u>, <u>Margaret M McGinnis</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>September 23, 2019</u>       By:    <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>