# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-14860-AMC

JOHN J MCGINNIS
MARGARET M MCGINNIS
3338 ASHVILLE STREET

PHILADELPHIA, PA 19136-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN J MCGINNIS
    MARGARET M MCGINNIS
    3338 ASHVILLE STREET

    PHILADELPHIA, PA 19136-

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 10/1/2019

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee