IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| John McGinnis | : | Chapter 13 |
| | : | |
| | : | Case No. 19-14860amc |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 21.

Dated: November 19, 2019            /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper
                                    1315 Walnut Street, Suite 502
                                    Philadelphia, PA 19107
                                    215-545-0008