## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern  DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John J. McGinnis<br>　　　Margaret M. McGinnis<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR.<br>COOPER, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　　vs. | NO. 19-14860 AMC |
| John J. McGinnis<br>Margaret M. McGinnis<br>　　　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR.

COOPER, which was filed with the Court on or about **September 26, 2019, docket number 15**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

January 27, 2020