**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-14860-elf |
| John J McGinnis and Margaret M McGinnis | : Chapter 13 |
| Debtors | : |
| | : |
| Carvana, LLC | : |
| Movant | : |
| vs. | : |
| John J McGinnis and Margaret M McGinnis | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## ORDER

AND NOW, this __20th__ day of _____October_____, 2020, upon the Motion of

Movant, Carvana, LLC for Relief from the Automatic Stay, it is hereby ORDERED  that

the Motion is **DENIED WITHOUT PREJUDICE FOR LACK OF PROSECUTION**.

_____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**