**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JOHN J MCGINNIS** |
| Debtor 2 (Spouse, if filing) | **MARGARET M MCGINNIS** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **19-14860-DJB** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  NATIONSTAR MORTGAGE LLC,

**Court claim no.**  (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account:  6  1  1  1

**Property Address:**  3338 ASHVILLE STREET
Number        Street

Philadelphia          PA    19136
City                     State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $  16,487.30 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $  16,487.30 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $  -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $  16,487.30 |

## Part 4:   Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
     _____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

## Part 5:   Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____ -0-

## Part 6:   A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                                    Date    07/14/2026
_____                            _____
Signature

Trustee      Kenneth E. West
             _____
             First Name        Middle Name        Last Name

Address      190 N. Independence Mall West, Suite 701
             _____
             Number        Street

             Philadelphia                          PA      19106
             _____
             City                                  State   ZIP Code

Contact phone  (215) 627-1377                Email  info@ph13trustee.com
             _____                     _____

| Debtor 1 | JOHN J MCGINNIS | | Case Number 19-14860-DJB | | Page 1 |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 09/10/2020 | 2514265 | Disbursement To Creditor/Principal | 362.11 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 10/07/2020 | 2515657 | Disbursement To Creditor/Principal | 626.22 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 11/10/2020 | 2517130 | Disbursement To Creditor/Principal | 119.60 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 12/09/2020 | 2518604 | Disbursement To Creditor/Principal | 541.90 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 02/10/2021 | 2521482 | Disbursement To Creditor/Principal | 848.51 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 03/08/2021 | 2522990 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 04/09/2021 | 2524452 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 05/10/2021 | 2526030 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 06/09/2021 | 2527505 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 07/09/2021 | 2528969 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 08/09/2021 | 2530392 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 09/09/2021 | 2531821 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 10/08/2021 | 3000619 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 11/09/2021 | 3001992 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 12/09/2021 | 3003349 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 01/10/2022 | 3004623 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 02/07/2022 | 3005946 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 03/07/2022 | 3007188 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 04/12/2022 | 3008572 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 05/11/2022 | 3009939 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 06/09/2022 | 3011187 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 07/12/2022 | 3012469 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 08/16/2022 | 3013781 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 09/08/2022 | 3014959 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 10/11/2022 | 3016113 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 11/15/2022 | 3017394 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 12/13/2022 | 3018670 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 01/10/2023 | 3019893 | Disbursement To Creditor/Principal | 424.25 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 02/08/2023 | 3021086 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 03/09/2023 | 3022335 | Disbursement To Creditor/Principal | 424.26 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 04/12/2023 | 3023585 | Disbursement To Creditor/Principal | 593.06 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 05/09/2023 | 3024852 | Disbursement To Creditor/Principal | 508.64 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 06/13/2023 | 3026035 | Disbursement To Creditor/Principal | 508.65 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 07/13/2023 | 3027173 | Disbursement To Creditor/Principal | 508.66 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 08/15/2023 | 3028315 | Disbursement To Creditor/Principal | 508.64 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 09/18/2023 | 3029492 | Disbursement To Creditor/Principal | 508.65 |
| 10 | NATIONSTAR MORTGAGE LL( | Secured Arrears Mortgage | 10/10/2023 | 3030528 | Disbursement To Creditor/Principal | 246.25 |

Total for Claim Number 10: 16,487.30

**Total for Part 3 - b (Prepetition Arrears):    16,487.30**