IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| John J. McGinnis | : | |
| Margaret M. McGinnis | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 19-14860-djb |

### SUGGESTION OF DEATH

Brad J. Sadek, on behalf of the above-captioned debtors, hereby submits this Suggestion of Death for *Joint Debtor*, Margaret M. McGinnis, who passed away December 2023.

Dated: July 17, 2026                                  _/s /Brad J. Sadek_____
                                                     Brad J. Sadek, Esq.
                                                     Attorney for Debtor