United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-14860-djb

John J McGinnis                                                                         Chapter 13

Margaret M McGinnis

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                    + John J McGinnis, Margaret M McGinnis, 3338 Ashville Street, Philadelphia, PA 19136-3018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Margaret M McGinnis brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor John J McGinnis brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0313-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Jul 15, 2026                                 Form ID: 212                                    Total Noticed: 1

MATTHEW K. FISSEL

> on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
> matthew.fissel@brockandscott.com

STEVEN K. EISENBERG

> on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER

> on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                         Chapter: 13

    John J McGinnis and Margaret M McGinnis

Debtor(s)                                               Case No: 19–14860–djb

_____

### *ORDER*

    AND NOW, July 15, 2026, it appearing that the debtor must file either a certificate regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the certificate regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☐ A certificate regarding completion of an instructional course concerning personal financial management, or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Derek J Baker

Judge, United States Bankruptcy Court

66
Form 212