United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14860-djb |
| John J McGinnis | Chapter 13 |
| Margaret M McGinnis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2026 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J McGinnis, Margaret M McGinnis, 3338 Ashville Street, Philadelphia, PA 19136-3018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2026 02:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14367194 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 22 2026 02:19:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15001362 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:27 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14373478 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 02:20:29 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14431163 | | Email/Text: megan.harper@phila.gov | Jul 22 2026 02:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14367195 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 02:20:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14385455 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2026 02:20:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14402470 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 22 2026 02:19:00 | Carvana LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14386688 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2026 02:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14367196 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 02:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14385686 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 02:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14367197 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 02:19:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14375813 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 02:20:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14367198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 21, 2026 | Form ID: 138OBJ | Total Noticed: 24

| | | | |
|---|---|---|---|
| | | Jul 22 2026 02:20:24 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14367199 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 02:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14393145 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 02:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14396390 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14977171 | + Email/Text: ecfbnc@aldridgepite.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC, c/o Wendy Locke, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 14367200 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 02:18:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14400095 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 02:20:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14367201 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 02:20:29 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14367885 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 02:20:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor John J McGinnis brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Margaret M McGinnis brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                                      Page 3 of 3

Date Rcvd: Jul 21, 2026                       Form ID: 138OBJ                                  Total Noticed: 24

                                ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

                                on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
                                matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

                                on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

STEVEN K. EISENBERG

                                on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

                                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER

                                on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 9

*Form 138OBJ* (6/24)–doc 71 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| John J McGinnis | ) | Case No. 19–14860–djb |
| | ) | |
| | ) | |
| Margaret M McGinnis | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 21, 2026

For The Court

Mohung Wong
Clerk of Court